In the Matter of the Claim of MARGARET THOMAS, Respondent, against UNITED STATES TRUCKING CORPORATION, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued February 11, 1929; decided March 19, 1929.)

*Paul Koch* for appellant.

*William R. Dorman* and *Thomas J. Mooney* for claimant, respondent.

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.